| | |
|---|---|
| KAREN DENISE KING, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF ) <br> SOCIAL SECURITY, ) <br> ) <br> Defendant. ) | No.: 1:20-CV-196-TAV-HBG |

## ORDER

Before the Court is the Report and Recommendation (R&R) entered by United States Magistrate Judge H. Bruce Guyton on July 21, 2021 [Doc. 23], regarding plaintiff's Motion for Judgment on the Pleadings [Doc. 19] and defendant's Motion for Summary Judgment [Doc. 21]. The magistrate judge recommends that the Court grant plaintiff's motion in part, deny defendant's motion, and remand the case to the Administrative Law Judge to appropriately consider the medical opinions of record.

There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After careful review of the matter, the Court agrees with the magistrate judge's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 23]. This case is hereby **REMANDED** for further proceedings consistent with the R&R, plaintiff's motion [Doc. 19] is hereby

**GRANTED in part**, and defendant's motion for summary judgment [Doc. 21] is hereby **DENIED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>UNITED STATES DISTRICT JUDGE